**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6595**

ROGER LEE DEAL, SR.,

        Plaintiff - Appellant,

    v.

DR. OWENS; DR. SAMI HASSEN,

        Defendants – Appellees,

  and

DR. KENNETH PRICE, JR.; HEAD DIRECTOR UTILIZATION REVIEW BOARD,

        Defendants.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Dever, III, Chief District Judge. (5:11-ct-03055-D)

Submitted: September 27, 2012     Decided: October 1, 2012

Before MOTZ, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Roger Lee Deal, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roger Lee Deal, Sr., appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2006) complaint for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Deal v. Owens, No. 5:11-ct-03055-D (E.D.N.C. Mar. 27, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED